# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
Plaintiffs

**Civil No. 05-1072(DRD)**

v.

**CARIBBEAN LARGE ANIMAL
VETERINARY HOSPITAL, INC.,**
Defendant

## JUDGMENT BY DEFAULT

Upon plaintiffs' motion for judgment by default and it appearing that defendant was duly served with copy of the summons and complaint in this case; that default was entered by the Clerk of this Court against defendant for failure to plead or file an answer to the complaint, or otherwise appear in this case; that defendant is not an infant or incompetent person nor in the military service within the meaning of the Soldiers and Sailors Civil Relief Act; and that plaintiff is entitled to a judgment by default, the Court, being fully advised in the premises,

IT IS HEREBY ORDERED, that plaintiff recovers from defendant the amount of $287,082.08 (of which $200,000.00 is of principal and $87,082.80 of accrued interest through August 25, 2004), plus interest at the rate of 8.50% per annum and interest thereafter to the date of entry of judgment as provided by law; plus administrative cost and statutory costs (USMS) in the total amount of $312.50 and filing fees in the amount of $150.00 as set forth in the Bill of Costs; plus attorneys fees or the 10% surcharge imposed by law if plaintiff is forced to utilize the remedies provided under sub-chapter C of the Federal Debt collection Procedures Act of 1990, 28 U.S.C. § 3011.

And it is further ORDERED, that this judgment shall bear interest as prescribed by 28 U.S.C. § 1961, as amended.

In San Juan, Puerto Rico, this 27th day of May, 2005.

s/ Daniel R. Dominguez
**DANIEL R. ROMINGUEZ**
**U.S. DISTRICT JUDGE**